In The U.S. District Court Of Maryland
Greenbelt, MD 20770

JKB 12-2071

| | | | |
|---|---|---|---|
| David Kissi, | Petitioner | * | Adversary No. 12-00236 |
| | | * | Judge: Robert A. Gordon |
| v. | | * | Bankruptcy Case # 11-10338-RAG |
| | | * | FILED ____ ENTERED |
| | | * | LOGGED ____ RECEIVED |
| FPI Liquidation Corp./ | Respondents | * | |
| Frank Parsons Paper Co | Debtors | * | JUL 1 6 2012 |
| Chapter 11 Estate | | * | |

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX (M)

**Affidavit In Support Of**
**Certificate of Service That Petitioner Did Serve Respondents**
**And All Parties With His Appellate Brief He Filed For A Panel Of Three Judges' Hearing**
**Before This Appeals Court**

That I, Affiant David Kissi, am at least 21 years of age and that I do have a first hand

knowledge of this matter for I am an Interested Party and that I swear under Oath I did deliver on

7/16/2012 copies of my Brief appealing Bankruptcy Judge Robert Gordon's Order of 6/15/2012 to

the following parties per the U.S. Postmaster by first class mail to:

• Irving Walker, Esq, Cole, Scholtz, Meisel, Formand & Leonard, 300 E Lombard St., # 2000, Balt., MD 21202

• Bradford Sandler, Esq., Pachulski Stang Ziehl & Jones LLP, 919 N. Market St, 17th fl, Wilmington, DE 19801

• Stephen Gerald, Esq., Whiteford, Taylor & Preston LLP, 7 Saint Paul St, Baltimore, MD 21202-1636

• Assistant U.S. Trustee Mark Neal at 200 W. Pratt St., Baltimore, MD

Respectfully Submitted by: _D.V22_ 7/16/2012

David Kissi, Interested Party in the
Frank Parsons Chapter 11 Proceedings
4305 Ammendale Rd., Beltsville, MD 20705
202-675-6365 (Bus. hrs 8AM-5PM)

Notary:
Subscribed and sworn to before me a Notary Public for _District of Columbia_
(City/County)

My Commission Expires: _01/31/2014_.

Signed by: _Yvonne Heyliger_

YVONNE HEYLIGER
District of Columbia
01/31/2014



EP14H © U.S. Postal Service; January 2011; All rights reserved

UNITED STATES POSTAL SERVICE

PRIORITY MAIL®

PLEASE PRESS FIRMLY

Flat Rate Envelope
Visit us at usps.com

PLEASE PRESS FIRMLY

Please Recycle

FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 1 6 2012

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

INSPECTED BY
COURT SECURITY OFFICE

JUL 1 6 2012

GREENBELT, MD

PS00001000064

This package is the property of the U.S. Postal Service® and is
provided solely for use in sending Priority Mail.®Misuse may
be violation of federal law. This package is not for resale.